# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARAN JIT SINGH, | ) | CV F 04-5718 OWW WMW HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATIONS RE DISMISSAL FOR |
| v. | ) | FAILURE TO COMPLY WITH LOCAL RULE |
| | ) | 83-183 |
| | ) | |
| | ) | |
| JOHN ASHCROFT, et al., | ) | |
| | ) | |
| Respondents. | ) | |

Petitioner, at least formerly in the custody of the Bureau of Immigration and Customs Enforcement (BICE) and proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On May 2, 2005, the Magistrate Judge entered findings and recommendations herein. These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days. No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C this court has conducted a de novo review of this case. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454

1

1  (9th Cir. 1983).  Having carefully reviewed the entire file, the court finds the findings and
2  recommendations to be supported by the record and by proper analysis.
3        Accordingly, it is HEREBY ORDERED that:
4  1.    The findings and recommendations issued by the Magistrate Judge on
5        May 2, 2005, are ADOPTED IN FULL;
6  2.    This petition is dismissed without prejudice; and
7  3.    The Clerk of the Court is directed to close this case and to enter judgment for
8        Respondent.
9  IT IS SO ORDERED.
10 **Dated:   August 15, 2005**              /s/ Oliver W. Wanger
   emm0d6                                UNITED STATES DISTRICT JUDGE